Timothy J. Forwood
Wyoming State Bar No. 6-4120
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
timothy.forwood@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. L:23-PO-00213-SAH |
| **MICHAEL W. MCCOLLUM,** | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

> **Serious risk Defendant will flee**
> **Serious risk obstruction of justice**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

> **Defendant's appearance as required**
> **Safety of any other person and the community**

3.      Rebuttable Presumption. The United States will invoke not the rebuttable presumption against the Defendant under § 3142(e).

4.      Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

**DATED** this 15th day of May, 2023.

                                          NICHOLAS VASSALLO
                                          United States Attorney

By:     */s/ Timothy J. Forwood*
          TIMOTHY J. FORWOOD
          Assistant United States Attorney