LAURA GEYER HEINRICH, Minnesota Bar No. 0390627
Asst. Federal Public Defender
104 South Wolcott Street, Suite 601
Casper, WY   82601
307-772-2781
laura_heinrich@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-PO-213-SAH |
| MICHAEL W. MCCOLLUM, | |
| Defendant. | |

ENTRY OF APPEARANCE

Laura Geyer Heinrich, Assistant Federal Public Defender, enters her appearance as appointed counsel for the Defendant in the above-captioned matter now pending before this Court.

DATED this 16th day of May 2023.

                                          Respectfully submitted,

                                          VIRGINIA L. GRADY
                                          Federal Public Defender

                                          */s/ Laura Geyer Heinrich*
                                          Laura Geyer Heinrich
                                          Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

  I hereby certify that on May 16, 2023 the foregoing was electronically filed and consequently served on counsel of record.

               */s/ Laura Geyer Heinrich*
               Laura Geyer Heinrich