

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

9:54 am, 5/18/23

**Margaret Botkins**
**Clerk of Court**

| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number   L:23-PO-00213-SAH-1 |
| MICHAEL W MCCOLLUM | |
| Defendant | |

Violation Charged:
(1) Operating under suspended or revoked license (non DUI/reckless driving)
(2) Possession of a controlled substance
(3) Occupants of care not using seat belts

Citation Number:
(1) (E1059875)
(2) (9112180)
(3) (9112181)

Date Violation Notice Issued   05/13/2023          Place   WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:09-9:25                                          Interpreter

Date  May 18, 2023                                   Interpreter Telephone

Before the Honorable Stephanie A. Hambrick

| Jessica Jarvis | Laura Conrad | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Michael Elmore | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear     Warrant issued on

☑ Appeared   ☑ By telephone
  ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing   Laura Geyer Heinrich
  ☑ FPD   ☐ PANEL-CJA   ☐ RETAINED

☐ Attorney waived

☑ Court orders case continued to   07/06/2023   at   1:45pm
  reason:   Status Conference

☑ Bail is set at   $2,500.00
  ☐ P/R-No Amount   ☑ Unsecured   ☐ Cash/Surety

☑ Conditions of release

WY 59                                                                                       Rev. 10/17/2022

Petty Offenses/Misdemeanors Minute Sheet
L:23-PO-00213-SAH-1

    reside at brother's residence unless traveling for work purposes or to assist with brother's medical treatment, maintain contact with Heinrich at least every other week, make all court appearances, keep attorney and court apprised of address, surrender passport while case is pending

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
>     This consent was made    ☐ orally     ☐ in writing

☐ Informed of charges and rights      Date
☐ Defendant arraigned      Date
☐ Court accepts plea      Defendant enters ☐ Guilty      ☐ Not Guilty Plea
☐ Trial     Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence      Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision      ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine      Payable
☐ Restitution      To
☐ Community Service      To
☐ Special Assessment
☐ Processing fee: $   30.00
☐ Defendant advised of right to appeal
☑ Other   The defendant agreed to appear via Zoom video.